IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

NATHAN ALLEN ARMSTRONG, )
)
    Plaintiff, )
) Civil Action No. 07-135 Erie
v. )
)
THOMAS CORBETT, ESQUIRE, et al., )
)
    Defendants. )

## **MEMORANDUM ORDER**

This civil rights action was received by the Clerk of Court on June 1, 2007, and was referred to United States Magistrate Judge Susan Paradise Baxter for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The Magistrate Judge's Report and Recommendation [Doc. No. 14], filed on January 29, 2008, recommended that Defendants' motion to dismiss [Doc. No. 10] be granted. The parties were allowed ten (10) days from the date of service to file objections. Service was made on Plaintiff by certified mail and on Defendant. Plaintiff filed objections [Doc. No. 16] on February 6, 2008. After de novo review of the motion and documents in the case, together with the Report and Recommendation and the objections thereto, the following order is entered:

AND NOW, this 11th day of March, 2008;

IT IS HEREBY ORDERED that the Defendants' motion to dismiss [Doc. No. 10] is GRANTED.

The Report and Recommendation [Doc. No. 14] of Magistrate Judge Baxter, filed on January 29, 2008, is adopted as the opinion of the Court.

                                        s/ Sean J. McLaughlin
                                        United States District Judge

cm:    All parties of record
        Susan Paradise Baxter, U.S. Magistrate Judge